UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMANDA JONES,<br><br>   Plaintiff,<br><br>v.<br><br>DAN KLEINMAN.<br><br>   Defendant. | Civil Action No. 3:24-CV-00972-BAJ-SDJ<br><br>**MOTION TO DISMISS OR TRANSFER VENUE** |

Defendant Dan Kleinman moves to dismiss this matter under Fed. R. Civ. P. 12(b)(3) or, in the alternative, transfer this action to the United States District Court for the District of New Jersey, for reasons in the accompanying memorandum in support of its motion.

WHEREFORE Defendant Dan Kleinman respectfully requests that this Court grant its motion, dismissing this action or, in the alternative, transferring this action to the United States District Court for the District of New Jersey.

Dated: January 21, 2025.    Respectfully Submitted,

/s/ Heather Cross
Heather Cross (La. Bar No. 26249)
The Cross Law Firm
6663 Jefferson Hwy
Baton Rouge, LA 70806
Tel: (225) 256-0366
Email: hcross@lawacrossla.com

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Heather Cross
Heather Cross
