## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**AMANDA JONES**                    **CIVIL ACTION NO. 3:24-CV-00972**

**VERSUS**

**DAN KLEINMAN**                    **DISTRICT JUDGE: BRIAN A. JACKSON**

**MAGISTRATE JUDGE: SCOTT D. JOHNSON**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

**NOW INTO COURT** through undersigned counsel come Plaintiff Amanda Jones ("Plaintiff") and Defendant Dan Kleinman ("Defendant"), who jointly move this Honorable Court for an Order continuing the scheduling conference set before Magistrate Judge Scott D. Johnston for March 27, 2025 at 11:30 a.m. to provide the District Court more time to review and consider the pending Motion to Dismiss or Transfer Venue.   The reasons supporting this Motion more fully appear in the accompanying Memorandum in Support.

Respectfully Submitted:

/s/ Heather A. Cross
_____
Heather A. Cross (La. Bar. No. 26249)
THE CROSS LAW FIRM
6663 Jefferson Hwy
Baton Rouge, LA 70806
(225) 256-0366
hcross@lawacrossla.com
*Attorney for Defendant Dan Kleinman*

/s/ Alysson Mills
_____
Alysson Mills (La. Bar. No. 32904)
650 Poydras Street, Suite 1525
New Orleans, LA 70130
(504) 586-5253
alysson@alyssonmills.com

*and*

Kaja Elmer (La. Bar No. 35568)
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
t: 504-586-5252
kelmer@fishmanhaygood.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Heather Cross
Heather Cross