UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMANDA JONES | CIVIL ACTION NO. 3:24-CV-00972 |
| VERSUS | |
| DAN KLEINMAN | DISTRICT JUDGE: BRIAN A. JACKSON |
| | MAGISTRATE JUDGE: SCOTT D. JOHNSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

**MAY IT PLEASE THE COURT** Plaintiff Amanda Jones ("Plaintiff") and Defendant Dan Kleinman ("Defendant") submit the following Memorandum in Support of their Joint Motion to Continue Scheduling Conference.

On November 26, 2024, Plaintiff filed two identical Complaints against Defendant, one in the United States District Court for the District of New Jersey ("New Jersey") and the instant case pending before this Honorable Court. On December 3, 2024, prior to any appearance by Defendant, the Magistrate Judge ordered a Scheduling Conference for February 13, 2025, and ordered the parties to confer and submit a status report on or before January 30, 2025. (RN 5, 12/03/2024).

On January 21, 2025, Defendant submitted a Motion to Dismiss or Transfer Venue, pending before the District Judge and appearing at Record Number 6 of this Court's docket. Plaintiff submitted an Opposition to the Motion to Dismiss or Transfer Venue on January 23, 2025 (RN 9, 1/23/25). The Court is still considering the Motion to Dismiss.

On January 29, 2025, the parties jointly moved to continue the Court's scheduling conference as the scheduling conference appeared to be premature since there has been no ruling

on the Motion to Dismiss (RN 10). This Court granted the Motion to continue and set a new conference for March 26, 2025.

At the time of this filing, the parties are still awaiting rulings on the issue of venue before this Court and in the first-filed Complaint in New Jersey. Accordingly, the status conference and scheduling order appear to be premature until the issue of venue is decided.

**WHEREFORE,** the parties jointly request a continuance of the Status Conference and the deadline for submitting the status report until the District Judge can review and rule upon the pending Motion to Dismiss or Transfer Venue.

Respectfully Submitted:

/s/ Heather A. Cross
_____
Heather A. Cross (La. Bar. No. 26249)
THE CROSS LAW FIRM
6663 Jefferson Hwy
Baton Rouge, LA 70806
(225) 256-0366
hcross@lawacrossla.com
***Attorney for Defendant Dan Kleinman***

/s/ Alysson Mills
_____
Alysson Mills (La. Bar. No. 32904)
650 Poydras Street, Suite 1525
New Orleans, LA 70130
(504) 586-5253
alysson@alyssonmills.com

*and*

Kaja Elmer (La. Bar No. 35568)
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
t: 504-586-5252
kelmer@fishmanhaygood.com

***Attorneys for Plaintiff, Amanda Jones***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Heather Cross
Heather Cross