Outlook

**Transferred case has been opened**

| | |
|---|---|
| From | njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov> |
| Date | Mon 9/8/2025 12:15 PM |
| To | LAMDml_InterdistrictTransfer <InterdistrictTransfer_LAMD@lamd.uscourts.gov> |

CASE: 3:24-cv-00972

DETAILS: Case transferred from Louisiana Middle has been opened in District of New Jersey [LIVE] as case 3:25-cv-15342, filed 09/08/2025.